**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**TELEAH HILL** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NUMBER: 1:12120-SA-DAS**

**DOLLAR GENERAL CORPORATION** **DEFENDANT**

---

**STIPULATION**

---

It is hereby stipulated and agreed by plaintiff, Teleah Hill, and her counsel, Amanda Todd Daniels, that plaintiff has no intention of requesting or demanding more than $75,000.00 in this action and the plaintiff, Teleah Hill, agrees that she will not, under any circumstances, request, demand or accept more than $75,000.00 as total damages in this case.

This the 12 day of June, 2012.

APPROVED AND AGREED TO:

Teleah R Hill
TELEAH HILL

Amanda T. Daniels
Amanda Todd Daniels (MSB 102801)
Post Office Box 1362
Tupelo, MS 38802-1362
Telephone: 662.842-5051
*Attorney for Teleah Hill*

Ronald L. Roberts (MSB 5597)
Mitchell, McNutt & Sams
Post Office Box 1366
Columbus, MS 39703-1366
Telephone: 662.328.2316
*Attorney for Dollar General Corporation*

705499_1.doc

[illegible]

... party to bear his own costs.

SO ORDERED, this the ____ day of ________________, 2012.

[illegible]